EXHIBIT 6

 **Accurint® for Legal Professionals**

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 12/29/23
**Reference Code:** PIC/ALSTON

**Report Legend:**
- Shared Address
- Deceased
- Probable Current Address

**Report processed by:**
Kissinger & Fellman
3773 Cherry Creek Drive North
Denver, CO 80209-3804
303-320-6100 Main Phone
303-320-6613 Fax

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |

**Subject Information**
**(Best Information for Subject)**
Name:  **ANTHONY RAY ALSTON II**
Date of Birth: **8/xx/1980**
Age: **43**
SSN:  **173-70-xxxx** issued in **Pennsylvania**
between **1/1/1989** and **12/31/1990**

**AKAs**
**(Names Associated with Subject)**

**ANTHONY RAY ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY R ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY R ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY R ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY I ALSTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY R WILMORE**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY R ALSTONII**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY R ALSTONII**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY ASHTON**
  Age: **43**   SSN:  **173-70-xxxx**
**ANTHONY RAY ALSTON**
  Age: **43**   SSN:  **111-11-xxxx**

SSN potentially randomly issued by the SSA.
SSN was linked to more than 2 people.

Comprehensive Report

**EXHIBIT 6**

**Address Summary:**

✔️3184 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY ( 2020 - Nov 2023)
2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY ( 2013 - Mar 2023)
1006 PALACIO VW APT 202, COLORADO SPRINGS, CO 80910-4150, EL PASO COUNTY (Apr 2011 - Jan 2018)
1042 PALACIO VW APT 203, COLORADO SPRINGS, CO 80910-4170, EL PASO COUNTY (Apr 2010 - Jun 2011)
2750 FERBER DR, COLORADO SPRINGS, CO 80916-3007, EL PASO COUNTY (May 2009 - Dec 2010)
1490 MICHELLE CT APT H, COLORADO SPRINGS, CO 80916-1929, EL PASO COUNTY (Sep 2005 - Apr 2010)
1490 MICHELLE CT APT A, COLORADO SPRINGS, CO 80916-1929, EL PASO COUNTY (Sep 2005 - May 2009)
1490 MICHELLE CT APT R, COLORADO SPRINGS, CO 80916-1929, EL PASO COUNTY (Jun 2006 - Sep 2007)
4465 FOUNTAIN SPRINGS GRV APT 244, COLORADO SPRINGS, CO 80916-5952, EL PASO COUNTY (Mar 2004 - Jul 2005)
4465 E FOUNTAIN BLVD APT 244, COLORADO SPRINGS, CO 80916-3908, EL PASO COUNTY (Apr 2004 - Mar 2006)
230 N MURRAY BLVD APT 208, COLORADO SPRINGS, CO 80916-1128, EL PASO COUNTY (Feb 2003 - Sep 2005)
4465 FOUNTAIN SPRINGS GRV GR, COLORADO SPRINGS, CO 80916-5952, EL PASO COUNTY (Jan 2005 - Feb 2005)
731 HATHAWAY DR APT 305F, COLORADO SPRINGS, CO 80915-3881, EL PASO COUNTY (May 2002 - Dec 2003)
1504 YUMA ST APT 104, COLORADO SPRINGS, CO 80909-3041, EL PASO COUNTY (Aug 2001 - May 2003)
3 29 FA BH BRAVO BTY BOX 66, FORT CARSON, CO 80913, EL PASO COUNTY (Dec 2000)
160 CONESTOGA ST, STEELTON, PA 17113-2232, DAUPHIN COUNTY (Aug 1984 - Dec 2000)
3148 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY (Oct 2021 - Dec 2021)
PO BOX 85, FORT CARSON, CO 80913, EL PASO COUNTY (Oct 2000)
PO BOX 66, FORT CARSON, CO 80913, EL PASO COUNTY (Oct 2000)
1492 MICHELLE CT # H, COLORADO SPRINGS, CO 80916-1930, EL PASO COUNTY (Sep 2007)

**Active Address(es):**

✔️3184 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY ( 2020 - Nov 2023)
    **Name Associated with Address:**
        ANTHONY R ALSTON
            **Current Residents at Address:**
        ANTHONY RAY ALSTON II
        JULIA ANNIE CARDONA
        ROEL CARDONA
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 63222-13-008
            Owner Name: ANTHONY R ALSTON II
            Owner Name 2: JULIA CARDONAALSTON
            Property Address: - 3184 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY
            Owner Address:
            Sale Date - 11/03/2021
            Sale Price - $400,000
            Subdivision Name - VISTA GRANDE TERRACE FIL 06
            Total Market Value - $323,465
            Assessed Value - $22,480
            Land Value - $61,900
            Improvement Value - $261,565
            Land Size - 7,820 Square Feet
            Year Built - 1973
          Seller Name: ERIC CASTANEDA
            Legal Description - LOT 7 BLK 2 VISTA GRANDE TERRACE FIL NO 6
            Loan Amount - $400,000
            Loan Type - VETERANS ADMINISTRATION
            Lender Name - MORTGAGE SOLUTIONS/CO LLC
            Data Source - A

**EXHIBIT 6**

**Previous And Non-Verified Address(es):**

2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY ( 2013 - Mar 2023)
    **Name Associated with Address:**
        ANTHONY ALSTON
        **Current Residents at Address:**
        DEREK L SAWYER
        DEREK LAMONT SAWYER
        JULIA ANNIE CARDONA
        VANESSA ANN SAWYER
        KRISTIENA M SAFFELL
    **Property Ownership Information for this Address**
        **Property:**
          Parcel Number - 64253-04-015
          Owner Name: ANTHONY RAY ALSTON II
          Property Address: - 2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY
          Owner Address: 2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY
          Sale Price - $150,000
          Subdivision Name - HORIZON SUB
          Total Market Value - $245,621
          Assessed Value - $17,560
          Land Value - $45,000
          Improvement Value - $200,621
          Land Size - 4925 SF
          Year Built - 1983
          Legal Description - LOT 38 HORIZON SUBDIVISION COLO SPGS
          Data Source - B

1006 PALACIO VW APT 202, COLORADO SPRINGS, CO 80910-4150, EL PASO COUNTY (Apr 2011 - Jan 2018)
    **Name Associated with Address:**
        ANTHONY ALSTON

1042 PALACIO VW APT 203, COLORADO SPRINGS, CO 80910-4170, EL PASO COUNTY (Apr 2010 - Jun 2011)
    **Name Associated with Address:**
        ANTHONY R ALSTON 2

2750 FERBER DR, COLORADO SPRINGS, CO 80916-3007, EL PASO COUNTY (May 2009 - Dec 2010)
    **Name Associated with Address:**
        ANTHONY R ALSTON II
        **Current Residents at Address:**
        LILIANA JEZABET PEREZ
        VENESSA JACKSON
        MICHAEL ALEXANDER HULLINGER
    **Property Ownership Information for this Address**
        **Property:**
          Parcel Number - 64352-12-048
          Owner Name: MICHAEL ALEXANDER HULLINGER
          Property Address: - 2750 FERBER DR, COLORADO SPRINGS, CO 80916-3007, EL PASO COUNTY
          Owner Address:
          Sale Date - 09/23/2016
          Sale Price - $164,500
          Subdivision Name - SOUTHBOROUGH SUB 3 COLO SPGS
          Total Market Value - $239,564
          Assessed Value - $16,650
          Land Value - $45,000
          Improvement Value - $194,564
          Land Size - 6,600 Square Feet
          Year Built - 1972
         Seller Name: VARGAS LISA A LIVING TRUST
          Legal Description - LOT 28 BLK 4 SOUTHBOROUGH SUB NO 3
          Loan Amount - $168,036
          Loan Type - VETERANS ADMINISTRATION
          Lender Name - PEOPLES NAT´L BK
          Data Source - A

Comprehensive Report

**EXHIBIT 6**

1490 MICHELLE CT APT H, COLORADO SPRINGS, CO 80916-1929, EL PASO COUNTY (Sep 2005 - Apr 2010)
    **Name Associated with Address:**
        ANTHONY R ALSTON

1490 MICHELLE CT APT A, COLORADO SPRINGS, CO 80916-1929, EL PASO COUNTY (Sep 2005 - May 2009)
    **Name Associated with Address:**
        ANTHONY R ALSTON
        719-550-1448

1490 MICHELLE CT APT R, COLORADO SPRINGS, CO 80916-1929, EL PASO COUNTY (Jun 2006 - Sep 2007)
    **Name Associated with Address:**
        ANTHONY ALSTON

4465 FOUNTAIN SPRINGS GRV APT 244, COLORADO SPRINGS, CO 80916-5952, EL PASO COUNTY (Mar 2004 - Jul 2005)
    **Name Associated with Address:**
        ANTHONY R ALSTON
            **Current Residents at Address:**
        TIFFANY ALEXANDER WALKER
        719-591-0009

4465 E FOUNTAIN BLVD APT 244, COLORADO SPRINGS, CO 80916-3908, EL PASO COUNTY (Apr 2004 - Mar 2006)
    **Name Associated with Address:**
        ANTHONY R ALSTON
        719-380-0236

230 N MURRAY BLVD APT 208, COLORADO SPRINGS, CO 80916-1128, EL PASO COUNTY (Feb 2003 - Sep 2005)
    **Name Associated with Address:**
        ANTHONY R WILMORE 2
        719-380-0236

4465 FOUNTAIN SPRINGS GRV GR, COLORADO SPRINGS, CO 80916-5952, EL PASO COUNTY (Jan 2005 - Feb 2005)
    **Name Associated with Address:**
        ANTHONY R ALSTON II

731 HATHAWAY DR APT 305F, COLORADO SPRINGS, CO 80915-3881, EL PASO COUNTY (May 2002 - Dec 2003)
    **Name Associated with Address:**
        ANTHONY R WILMORE 2
            **Current Residents at Address:**
        JUVENTINO C TORRES
        CARLA M ORTIZ

1504 YUMA ST APT 104, COLORADO SPRINGS, CO 80909-3041, EL PASO COUNTY (Aug 2001 - May 2003)
    **Name Associated with Address:**
        ANTHONY R ALSTON 2
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 64044-16-002
            Book - 6552
            Page - 940
          Owner Name: BRISTOL SQUARE LLC
            Property Address: - 1504 YUMA ST, COLORADO SPRINGS, CO 80909-3067, EL PASO COUNTY
            Owner Address:
            Sale Price - $925,000
            Land Usage - MULTI FAMILY 10 UNITS LESS
            Subdivision Name - LINDALE SUB 3
            Total Market Value - $1,223,187
            Assessed Value - $83,180
            Land Value - $114,205
            Improvement Value - $1,108,982
            Land Size - 25,100 Square Feet
            Year Built - 1964
          Seller Name: CIRCLE SPRINGS
            Legal Description - LOTS 4 TO 6 INC BLK 3 LINDALE SUB 3 COLO SPGS
            Loan Amount - $112,971
            Loan Type - CONVENTIONAL

**EXHIBIT 6**

Lender Name - MISCELLANEOUS FIN
Data Source - A

**3 29 FA BH BRAVO BTY BOX 66, FORT CARSON, CO 80913, EL PASO COUNTY (Dec 2000)**
    **Name Associated with Address:**
      ANTHONY R ALSTON


**160 CONESTOGA ST, STEELTON, PA 17113-2232, DAUPHIN COUNTY (Aug 1984 - Dec 2000)**
    **Name Associated with Address:**
      ANTHONY R ALSTON
        **Current Residents at Address:**
      ANTHONY RAY ALSTON
      717-985-1704
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 60-005-003
        Book - 528
        Page - 267
        Owner Name: MIOSOTIS JAVIER DE LA CRUZ
        Property Address: - 160 CONESTOGA ST, STEELTON, PA 17113-2232, DAUPHIN COUNTY
        Owner Address:
        Sale Date - 08/17/1984
        Sale Price - $20,000
        Land Usage - VACANT LAND (NEC)
        Total Market Value - $1,200
        Assessed Value - $1,200
        Land Value - $1,200
        Land Size - 4,338 Square Feet
        Data Source - A


**3148 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY (Oct 2021 - Dec 2021)**
    **Name Associated with Address:**
      ANTHONY R ALSTON II


**PO BOX 85, FORT CARSON, CO 80913, EL PASO COUNTY (Oct 2000)**
    **Name Associated with Address:**
      ANTHONY R WILMORE 2


**PO BOX 66, FORT CARSON, CO 80913, EL PASO COUNTY (Oct 2000)**
    **Name Associated with Address:**
      ANTHONY R WILMORE 2


**1492 MICHELLE CT # H, COLORADO SPRINGS, CO 80916-1930, EL PASO COUNTY (Sep 2007)**
    **Name Associated with Address:**
      ANTHONY R ALSTON II


**Driver´s License Information:**
Name: ANTHONY I ALSTON
DL Number:
State: Ohio
License Address: 1990 MICHELLE CT, COLORADO SPRINGS, CO 80916, EL PASO COUNTY
DOB: 08/xx/1980
Potential SSN : 173-70-xxxx
Gender: Unknown
Data Source: Governmental

Name: ANTHONY ALSTON I
DL Number:
State: Ohio
License Address: 1990 MICHELLE CT, COLORADO SPRINGS, CO 80916, EL PASO COUNTY
DOB: 08/xx/1980
Potential SSN : 173-70-xxxx
Gender: Unknown
Data Source: Governmental

**EXHIBIT 6**

Name: ANTHONY I ALSTON
DL Number:
State: Ohio
License Address: 1990 MICHELLE CT, COLORADO SPRINGS, CO 80916, EL PASO COUNTY
DOB: 08/xx/1980
Potential SSN : 173-70-xxxx
Gender: Unknown
Data Source: Governmental

Name: ANTHONY I ALSTON
DL Number:
State: Ohio
License Address: 1490 MICHELLE CT, COLORADO SPRINGS, CO 80916-1999, EL PASO COUNTY
DOB: 08/xx/1980
Potential SSN : 173-70-xxxx
Gender: Unknown
Data Source: Governmental

**Possible Properties Owned by Subject:**

**Property:**
    Parcel Number - 63222-13-008
    Owner Name: ANTHONY R ALSTON II
    Owner Name 2: JULIA CARDONAALSTON
    Property Address: - 3184 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY
    Owner Address:
    Sale Date - 11/03/2021
    Sale Price - $400,000
    Subdivision Name - VISTA GRANDE TERRACE FIL 06
    Total Market Value - $323,465
    Assessed Value - $22,480
    Land Value - $61,900
    Improvement Value - $261,565
    Land Size - 7,820 Square Feet
    Year Built - 1973
    Seller Name: ERIC CASTANEDA
    Legal Description - LOT 7 BLK 2 VISTA GRANDE TERRACE FIL NO 6
    Loan Amount - $400,000
    Loan Type - VETERANS ADMINISTRATION
    Lender Name - MORTGAGE SOLUTIONS/CO LLC
    Data Source - A

**Property:**
    Parcel Number - 63222-13-008
    Owner Name: ANTHONY R ALSTON II
    Owner Name 2: JULIA CARDONA ALSTON
    Property Address - 3184 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY
    Owner Address: 3184 MONTEBELLO DR W, COLORADO SPRINGS, CO 80918-2229, EL PASO COUNTY
    Sale Date - 11/03/2021
    Sale Price - $400,000
    Seller Name: ERIC CASTANEDA
    Loan Amount - $400,000
    Loan Type - VA
    Data Source - B

**Property:**
    Parcel Number - 64253-04-015
    Owner Name: ANTHONY RAY ALSTON II
    Property Address: - 2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY
    Owner Address: 2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY
    Sale Price - $150,000
    Subdivision Name - HORIZON SUB
    Total Market Value - $245,621
    Assessed Value - $17,560

**EXHIBIT 6**

Land Value - $45,000
Improvement Value - $200,621
Land Size - 4925 SF
Year Built - 1983
Legal Description - LOT 38 HORIZON SUBDIVISION COLO SPGS
Data Source - B

**Property:**
Parcel Number - 64253-04-015
Owner Name: ANTHONY ALSTON
Property Address - 2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY
Owner Address: 2270 BRUNO CIR, COLORADO SPRINGS, CO 80916-2668, EL PASO COUNTY
Sale Date - 09/01/2019
Loan Amount - $143,149
Loan Type - VETERANS ADMINISTRATION
Data Source - A